# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-1270

_____

United States of America,          *
                                   *
        Appellee,                  *    Appeal from the United States
                                   *    District Court for the
    v.                             *    District of Minnesota.
                                   *
Lamar Decarlo Rodriguez,           *    [UNPUBLISHED]
                                   *
        Appellant.                 *

_____

Submitted: December 20, 2007
Filed:  December 21, 2007

_____

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

_____

PER CURIAM.

Lamar Rodriguez appeals the sentence the district court[1] imposed after he pleaded guilty to conspiring to distribute cocaine base, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 846, and possessing a firearm during and in relation to a drug-trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A).  His counsel has moved to withdraw and filed a brief under *Anders v. California*, 386 U.S. 738 (1967).

_____

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.

We enforce the appeal waiver contained in Rodriguez's written plea agreement. The record indicates that Rodriguez entered into the agreement and the waiver knowingly and voluntarily; and we conclude that this appeal falls within the scope of the waiver, and that enforcing the waiver will not result in a miscarriage of justice. *See United States v. Andis*, 333 F.3d 886, 890-92 (8th Cir. 2003) (en banc); *United States v. Estrada-Bahena*, 201 F.3d 1070, 1071 (8th Cir. 2000) (per curiam).

Reviewing the record independently under *Penson v. Ohio*, 488 U.S. 75 (1988), we find no nonfrivolous issues beyond the scope of the waiver.

Accordingly, we dismiss the appeal, and we grant counsel's motion to withdraw.

_____